UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY LEE HINES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01842-JPH-MJD |
| 2 CONNERSVILLE POLICEMAN, | ) ) ) |
| Defendant. | ) |

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

On July 27, 2020, this Court ordered Mr. Hines to either pay the full filing fee or renew his motion to proceed *in forma pauperis* by attaching a "statement of all assets [that Mr. Hines] possesses that [he] is unable to pay such fees or give security therefor" by August 27, 2020. *See* dkt. [6]; 28 U.S.C. § 1915(a)(1).

Mr. Hines has failed to comply with this Court's order. Accordingly, his motion to proceed *in forma pauperis,* dkt. [2], is again **denied as presented** without prejudice. Therefore, Mr. Hines shall have until **September 29, 2020**, to either pay the full filing fee or renew his motion to proceed *in forma pauperis.* Failure to do so will result in dismissal of this action without further notice.

**SO ORDERED.**
Date: 8/28/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRADLEY LEE HINES
611 W. 29th St.
Connersville, IN 47331