UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY LEE HINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-01842-JPH-MJD |
| | ) |
| 2 CONNERSVILLE POLICEMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

### I.   Granting *in forma pauperis* status

Mr. Hines' renewed motion to proceed *in forma pauperis*, dkt. [9], is **GRANTED**. *See* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Mr. Hines to proceed without prepaying the filing fee, he remains liable for the full fees. *Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. Jan. 15, 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time.

### II.   Screening

**A.   Screening standard**

The Court has the inherent authority to screen Mr. Hines' complaint. *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999) ("[D]istrict courts have the power to screen complaints filed by all litigants, prisoners and non-prisoners alike, regardless of fee status."). The Court may dismiss claims within a

complaint that fail to state a claim upon which relief may be granted. *See id.* In determining whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). See *Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017). To survive dismissal,

> [the] complaint must contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). *Pro se* complaints are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. *Perez v. Fenoglio*, 792 F.3d 768, 776 (7th Cir. 2015).

**B.     Complaint**

Mr. Hines alleges that two police officers assaulted him in August 2019. Dkt. 1. After a family dispute, Connersville police arrived at Mr. Hines' house to arrest him. *Id.* According to Mr. Hines, they "scooped [him] up[,] . . . slammed [him] headfirst into the concrete sidewalk[,] . . . broke [his] left eye socket[,] crushed [his] nose, [and] ripped a muscle in [his] left shoulder. *Id.* He now has a chance of blindness in his left eye, his "neck hurts," and he "was going crippled" until he saw a chiropractor. *Id.* Mr. Hines seeks $3 million and termination of the officers involved. *Id.* at 2.

### C. Analysis

Liberally construed, *Perez*, 792 F.3d at 776, Mr. Hines seeks damages from "2 Connersville Policemen" under 42 U.S.C. § 1983, plausibly alleging excessive force in violation of the Fourth Amendment. *See* dkt. 1. However, Mr. Hines has not named these officers. *Id.* "[I]t is pointless to include . . . anonymous defendants in federal court; this type of placeholder does not open the door to relation back under Fed. R. Civ. P. 15, nor can it otherwise help the plaintiff." *Wudtke v. Davel*, 128 F.3d 1057, 1060 (7th Cir. 1997). Without a defendant, the Court cannot grant relief to Mr. Hines.

If Mr. Hines learns the names of the unknown defendants, then he must amend his complaint. For now, the complaint must be **DISMISSED** for failure to state a claim upon which relief can be granted unless Mr. Hines files an amended complaint that remedies this defect.

Mr. Hines shall have through **October 16, 2020** to show cause why judgment consistent with this entry should not issue. *See Thomas v. Butts*, 745 F.3d 309, 313 (7th Cir. 2014) (Court must "first fir[e] a warning shot" before dismissing a complaint). The **clerk is directed** to include a form civil rights complaint with Mr. Hines' copy of this order.

**SO ORDERED.**

Date: 9/15/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRADLEY LEE HINES
611 W. 29th St.
Connersville, IN 47331